In the Matter of VERONICA W. and Another, Infants. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent;

KATHERINE P., Appellant, et al., Respondent. [735 NYS2d 848] —Order unanimously affirmed without costs. Memorandum: Respondent mother appeals from an order finding that she violated various terms and conditions of a suspended judgment and terminating her parental rights on the ground of permanent neglect. Contrary to respondent's contention, hearsay is admissible at a violation hearing, which is part of the dispositional phase of the proceeding (*see, Matter of Robert T.,* 270 AD2d 961, *lv denied* 95 NY2d 758; *Matter of Nicole Lee B.,* 256 AD2d 1103; *Matter of Grace Q.,* 200 AD2d 894-895; *see also,* Family Ct Act § 624). In any event, even without consideration of that hearsay evidence, we conclude that petitioner established by a preponderance of the evidence that respondent violated various terms and conditions of the suspended judgment (*see, Matter of Gordon M.,* 281 AD2d 920, *lv denied* 96 NY2d 717; *Matter of Ashley M.* [appeal No. 1], 278 AD2d 892, *lv denied* 96 NY2d 710; *Matter of Robert T., supra,* at 961-962). (Appeal from Order of Oneida County Family Court, McGuire, J.—Terminate Parental Rights.) Present—Green, J. P., Kehoe, Burns, Gorski and Lawton, JJ.